Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>         Plaintiff,<br><br>    vs.<br><br>KHALED AL OUDI dba FROSTY KING;<br>MUNIR OBAID; NASSER OBAID;<br><br>         Defendants. | No. 1:22-cv-00642-AWI-BAM<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is scheduled for August 31, 2022 at 9:00 a.m. (Dkt. 3);

**WHEREAS,** a clerk's default was entered against Defendant Munir Obaid on July 15, 2022 (Dkt. 6);

**WHEREAS,** Defendants Khaled Al Oudi dba Frosty King and Nasser Obaid have failed to respond to Plaintiff Darren Gilbert's ("Plaintiff") Complaint;

**WHEREAS,** because Defendants have not appeared in the action, Plaintiff has been unable to meet and confer with Defendants or prepare a joint scheduling report;

1      **WHEREAS,** Defendants Khaled Al Oudi dba Frosty King, Munir Obaid, and Nasser
2 Obaid ("Defendants"), have contacted Plaintiff to engage in settlement discussions;

3      **WHEREAS,** Plaintiff plans to provide Defendants a comprehensive settlement demand,
4 consisting of injunctive relief, in addition to statutory damages, attorney's fees, and costs;

5      **WHEREAS,** Plaintiff wishes to conserve the Court's resources and counsel's time that
6 would be spent preparing for and attending the Mandatory Scheduling Conference, as this will
7 also help to facilitate settlement of the matter;

8      **NOW, THEREFORE,** Plaintiff hereby requests that the Mandatory Scheduling
9 Conference be continued to a date on or after August 31, 2022, at the Court's convenience.

10

11 Dated: August 22, 2022                                   MOORE LAW FIRM, P.C.

12

13                                                          */s/ Tanya E. Moore*
                                                            Tanya E. Moore
14                                                          Attorney for Plaintiff,
                                                            Darren Gilbert
15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

Having considered Plaintiff's request and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for August 31, 2022, is continued to **September 29, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

The parties shall appear at the Scheduling Conference remotely with each party connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **August 22, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE