Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 1:22-cv-00642-AWI-BAM |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| KHALED AL OUDI dba FROSTY KING; MUNIR OBAID; NASSER OBAID; | |
| Defendants. | |

Having considered Plaintiff's request and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for September 29, 2022 is continued to **December 7, 2022 at 9:00 AM before Magistrate Judge Barbara A. McAuliffe.** The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference. If the parties file a notice of settlement pursuant to Local Rule 160 before the continued scheduling conference, the scheduling conference will be vacated. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom

ORDER GRANTING PLAINTIFF'S SECOND REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE

Page 1

1  ID number and password are confidential and are not to be shared. Appropriate court attire
2  required.
3
4  IT IS SO ORDERED.
5
    Dated:   **September 21, 2022**          /s/ *Barbara A. McAuliffe*
6                                                              UNITED STATES MAGISTRATE JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING PLAINTIFF'S SECOND REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE